IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT VINSON,<br><br>           Plaintiff,<br><br>vs.<br><br>QWEST CORPORATION, and<br>CENTURYLINK COMMUNICATIONS, LLC,<br><br>           Defendants. | 8:22CV315<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 27). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice and the file closed, with each party to bear its own costs, expenses, and attorneys' fees.

Dated this 17th day of January, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge